| | |
|---|---|
| JOHN JOEY MARKS,<br><br>    Petitioner,<br>v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>    Respondents. | Case No. 2:17-cv-01413-JCM-PAL<br><br>ORDER |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by John Joey Marks, a Nevada prisoner.

On July 30, 2018, the respondents filed a motion for an extension of time (ECF No. 27), requesting a 14-day extension of time, to August 13, 2018, for their response to Marks' second amended habeas petition. On August 13, 2018, Respondents filed their response, a motion to dismiss (ECF No. 28).

This is the second extension of this deadline (the first extension was for 62 days (ECF No. 26)). Respondents' counsel states that this second extension of time is necessary because of her obligations in other cases. The petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

1

1     **IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 27) is **GRANTED**. Respondents' motion to dismiss (ECF No. 28), which was filed August 13, 2018, will be treated as timely filed.

    **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered July 3, 2017 (ECF No. 11) will remain in effect.

DATED August 22, 2018.

                                                      JAMES C. MAHAN,
                                                      UNITED STATES DISTRICT JUDGE