UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN JOEY MARKS,

    Petitioner,

v.

BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:17-cv-01413-JCM-PAL

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 44)**

In this habeas corpus action, the respondents were due to respond to the petitioner's second amended habeas petition by March 9, 2020. *See* Order filed October 18, 2019 (ECF No. 41); Notice filed December 9, 2019 (ECF No. 42).

On March 9, 2020, Respondents filed a motion for extension of time (ECF No. 44), requesting a 45-day extension of time, to April 23, 2020, to file their response. Respondents' counsel states that the extension of time is necessary because of a reassignment of responsibility for this case at the office of the Nevada Attorney General. The petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 44) is **GRANTED**. Respondents will have until and including **April 23, 2020**, to file their response to the second amended habeas petition.

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order filed October 18, 2019 (ECF No. 41) will remain in effect.

DATED THIS 17th day of March, 2020.

JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE