UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN JOEY MARKS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>　　　　Respondents. | Case No. 2:17-cv-01413-JCM-PAL<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 46)** |

　　In this habeas corpus action, after a 45-day extension of time, the respondents were due to respond to the petitioner's second amended habeas petition by April 23, 2020. *See* Order entered October 18, 2019 (ECF No. 41); Notice filed December 9, 2019 (ECF No. 42); Order entered March 18, 2020 (ECF No. 45).

　　On April 17, 2020, Respondents filed a motion for a second extension of time (ECF No. 46), requesting a 33-day extension of time, to May 26, 2020, to file their response (May 23 is a Saturday; May 25 is a holiday). Respondents' counsel states that the extension of time is necessary because of delays caused by the COVID-19 pandemic. The petitioner does not oppose the motion for extension of time.

　　The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

　　**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 46) is **GRANTED**. Respondents will have until and including **May 26, 2020**, to file their response to the second amended habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order filed October 18, 2019 (ECF No. 41) will remain in effect.

DATED April 20, 2020.

JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE