UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN JOEY MARKS,<br><br>　　Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>　　Respondents. | Case No. 2:17-cv-01413-JCM-PAL<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 48)** |

In this habeas corpus action, after a 45-day extension of time and a 33-day extension of time, the respondents were due to respond to the petitioner's second amended habeas petition by May 26, 2020. *See* Order entered October 18, 2019 (ECF No. 41); Notice filed December 9, 2019 (ECF No. 42); Order entered March 18, 2020 (ECF No. 45); Order entered April 20, 2020 (ECF No. 47).

On May 26, 2020, Respondents filed a motion for a third extension of time (ECF No. 48), requesting a 45-day extension of time, to July 10, 2020, to file their response. Respondents' counsel states that the extension of time is necessary because of delays caused by the COVID-19 pandemic. The petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 48) is **GRANTED**. Respondents will have until and including **July 10, 2020**, to file their response to the second amended habeas petition.

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order filed October 18, 2019 (ECF No. 41) will remain in effect.

DATED May 29, 2020.

JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE