UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN JOEY MARKS,

    Petitioner,

v.

BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:17-cv-01413-JCM-PAL

**ORDER GRANTING
MOTION FOR EXTENSION OF TIME
(ECF NO. 50)**

In this habeas corpus action, after three extensions of time, the respondents were due to respond to the petitioner's second amended habeas petition by July 10, 2020. *See* Order entered October 18, 2019 (ECF No. 41); Notice filed December 9, 2019 (ECF No. 42); Order entered March 18, 2020 (ECF No. 45); Order entered April 20, 2020 (ECF No. 47); Order entered May 29, 2020 (ECF No. 49).

On July 10, 2020, Respondents filed a motion for a fourth extension of time (ECF No. 50). The petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant Respondents an extension of time to September 11, 2020. The Court will not further extend this deadline absent extraordinary circumstances.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 50) is **GRANTED**. Respondents will have until and including **September 11, 2020**, to file their response to the second amended habeas petition.

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order filed October 18, 2019 (ECF No. 41) will remain in effect.

DATED July 13, 2020.

_____
JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE