UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN JOEY MARKS,<br><br>    Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>    Respondents. | Case No. 2:17-cv-01413-JCM-PAL<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 54)** |

In this habeas corpus action, the respondents filed a motion to dismiss on July 17, 2020 (ECF No. 52). The petitioner, John Joey Marks, was due to respond to the motion to dismiss by September 15, 2020. *See* Order entered October 18, 2019 (ECF No. 41) (60 days for response).

On September 15, 2020, Marks filed a motion for extension of time (ECF No. 54), requesting a 45-day extension of time, to October 30, 2020, to respond to the motion to dismiss. Marks' counsel states that the extension of time is necessary because of her obligations in other cases. Respondents do not oppose the motion for extension of time.

The Court finds that Marks' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 54) is **GRANTED**. Petitioner will have until and including **October 30, 2020**, to file his response to the motion to dismiss.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order filed October 18, 2019 (ECF No. 41) will remain in effect.

DATED September 21, 2020.

JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE