UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN JOEY MARKS,<br><br>    Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>    Respondents. | Case No. 2:17-cv-01413-JCM-PAL<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 57)** |

     In this habeas corpus action, the respondents filed a motion to dismiss on July 17, 2020 (ECF No. 52), and the petitioner, John Joey Marks, filed an opposition to that motion on October 29, 2020 (ECF No. 56). Respondents are now due to file a reply by Monday, November 30, 2020. *See* Order entered October 18, 2019 (ECF No. 41) (30 days for reply).

     On November 6, 2020, Respondents filed a motion for extension of time (ECF No. 57). Respondents request an extension of time to December 21, 2020, to file their reply to Marks' response to the motion to dismiss. Respondents characterize that as a 45-day extension, but, under the terms of the scheduling order in the case (ECF No. 41), it would be a 21-day extension. Respondents' counsel states that the extension of time is necessary because of her need to obtain state-court records relative to the case and her obligations in other cases. Marks does not oppose the motion for extension of time.

     The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the extension of time as requested.

1

However, the Court will not look favorably upon any motion to further extend this deadline.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 57) is **GRANTED**. Respondents will have until and including **December 21, 2020**, to file a reply to Petitioner's opposition to their motion to dismiss.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order filed October 18, 2019 (ECF No. 41) will remain in effect.

DATED November 16, 2020.

JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE