UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN JOEY MARKS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>　　　　Respondents. | Case No. 2:17-cv-01413-JCM-PAL<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 59)** |

　　In this habeas corpus action, the respondents filed a motion to dismiss on July 17, 2020 (ECF No. 52), and the petitioner, John Joey Marks, filed an opposition to that motion on October 29, 2020 (ECF No. 56). After a 21-day extension of time, Respondents were due to file a reply by December 21, 2020. *See* Order entered October 18, 2019 (ECF No. 41) (30 days for reply); Order entered November 16, 2020 (21-day extension).

　　On December 21, 2020, Respondents filed a motion for extension of time (ECF No. 59). Respondents request a further 21-day extension of time, to January 11, 2021, to file their reply to Marks' response to the motion to dismiss. Respondents' counsel states that the extension of time is necessary because of illness. Marks does not oppose the motion for extension of time.

　　The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 59) is **GRANTED**. Respondents will have until and including **January 11, 2021**, to file a reply to Petitioner's opposition to their motion to dismiss.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order filed October 18, 2019 (ECF No. 41) will remain in effect.

DATED December 23, 2020.

JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE