UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN JOEY MARKS,

    Petitioner,

v.

CALVIN JOHNSON, *et al.*,

    Respondents.

Case No. 2:17-cv-01413-JCM-PAL

**ORDER**

In this habeas corpus action, the respondents were due on April 22, 2021, to file an answer. *See* Order entered January 22, 2021 (ECF No. 63) (90 days for answer).

On April 22, 2021, Respondents filed a motion for extension of time (ECF No. 64), requesting a 21-day extension, to May 13, 2021, to file their answer. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. Petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 64) is **GRANTED**. Respondents will have until and including May 13, 2021, to respond to the second amended petition for writ of habeas corpus.

///

///

///

///

///

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered October 18, 2019 (ECF No. 41) will remain in effect.

DATED April 29, 2021.

                                                                       _____
                                                                       JAMES C. MAHAN,
                                                                       UNITED STATES DISTRICT JUDGE