1

2

3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

4

5

6   JOHN JOEY MARKS,                           Case No. 2:17-cv-01413-JCM-BNW

Petitioner,

7                                              **ORDER**

v.

8

9   CALVIN JOHNSON, *et al.*,

10      Respondents.

11

12

13      In this habeas corpus action, the respondents were to file a supplement to their

14   answer by June 27, 2022. *See* Order entered May 27, 2022 (ECF No. 73).  On

15   June 27, 2022, Respondents filed a motion for extension of time (ECF No. 74),

16   requesting a 14-day extension, to July 11, 2022, to file the supplement to their answer.

17   Respondents' counsel states that the extension of time is necessary because of

18   personal health issues. Petitioner does not oppose the motion for extension of time.

19   The Court finds that Respondents' motion for extension of time is made in good faith

20   and not solely for the purpose of delay, and there is good cause for the extension of

21   time requested.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

1    **IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of

2  Time (ECF No. 74) is **GRANTED**. Respondents will have until and including

3  **July 11, 2022**, to file the supplement to their answer.

4

5         DATED July 1, 2022.

6

7

8  JAMES C. MAHAN
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2